No. 01–206. SZABO, DBA ZATRON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED v. BRIDGEPORT MA-

CHINES INC. C. A. 7th Cir. Certiorari denied.